UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


DONALD W. SZYDLOWSKI, SR.,         )
                                   )
            Plaintiff,             )
                                   )
        vs.                        )        No. 4:05CV498-DJS
                                   )
PENSION BENEFIT GUARANTY           )
CORPORATION,                       )
                                   )
            Defendant.             )


## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment

is entered in favor of defendant Pension Benefit Guaranty

Corporation and against plaintiff Szydlowski on all claims.


Dated this ____7th____ day of April, 2006.


                              /s/Donald J. Stohr_____
                              UNITED STATES DISTRICT JUDGE